# IN THE COURT OF APPEALS OF TENNESSEE
## AT KNOXVILLE
### March 28, 2001 Session

## KAREN STEMPA, ET AL. v. WALGREEN CO., ET AL.

**Appeal from the Circuit Court for Knox County**
**No. 1-281-98     Dale C. Workman, Judge**

**FILED MAY 4, 2001**

**No. E2000-02223-COA-R3-CV**

Houston M. Goddard, Presiding Judge, concurring.

I concur in the majority opinion authored by Judge Swiney, which is in accord with an opinion by the Western Section of this Court sitting in Nashville, authored by Judge Lillard. I write separately, however, to suggest that had this Court not already specifically spoken on the subject I would be inclined to follow the reasoning of Circuit Judge Frank G. Clement, Jr.,[1] in the case of Tillman v. Haffey, presently on appeal, which holds to the contrary.

_____
HOUSTON M. GODDARD, PRESIDING JUDGE

---

[1] See Appendix for a copy of Judge Clement's order.